NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM HAMMESFAHR, )
)
      Appellant, )
)
v. )     Case No. 2D17-4106
)
GINA PRESSON HAMMESFAHR, n/k/a )
Gina Presson, )
)
      Appellee. )
_____ )

Opinion filed February 15, 2019.

Appeal from the Circuit Court for Pinellas
County; Sherwood Coleman, Judge.

Ralph P. Mangione and Amy B. Baruch
of Burr & Forman, LLP, Tampa,
(withdrew after briefing), for Appellant.

Jane H. Grossman, St. Petersburg,
for Appellee.


PER CURIAM.

      Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.